**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7135**

ERIC JOSEPH DEPAOLA,

              Plaintiff - Appellant,

     v.

JAMES WADE, Food Services Director; B. OSBOURNE, Food
Services Worker; LAFAYETTE FLEMING; TRACEY S. RAY; JOHN
GARMAN, Regional Director,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:11-cv-00198-SGW-RSB)

Submitted:  October 20, 2015      Decided:  October 23, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Joseph DePaola, Appellant Pro Se.  John Michael Parsons,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Joseph DePaola appeals the district court's order denying his motion for relief rom judgment under Fed. R. Civ. P. 60(b)(4), (5), (6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See DePaola v. Wade, No. 7:11-cv-00198-SGW-RSB (W.D. Va. entered July 7, 2015, filed July 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2